RECEIVED
IN LAKE CHARLES, LA

JAN 17 2007


ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **TIMOTHY BRADFORD** | **CIVIL ACTION NO. 2:06CV1291** |
| **VERSUS** | **JUDGE MINALDI** |
| **WARDEN ALLEN CORRECTIONAL CENTER** | **MAGISTRATE JUDGE WILSON** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

√ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

__ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Lake Charles, Louisiana, this 16 Day of Jan, 2007.

Patricia Minaldi
UNITED STATES DISTRICT JUDGE